<table>
<tr><td>

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

</td><td>

**FILED**
January 17, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____**NM**_____
                    DEPUTY

</td></tr>
</table>

**UNITED STATES OF AMERICA,**   §
                                §
v.                              §
                                §   **CIVIL NO. AU-09-CR-00190-OLG**
**WILLIE JETT,**                §
                                §
            **Defendant.**      §
                                §

# ORDER ACCEPTING REPORT AND RECOMMENDATION
# OF THE UNITED STATES MAGISTRATE JUDGE

      Before the court is the above styled and numbered cause. On November 13, 2024, the United States Probation Office filed a Petition For Warrant or Summons For Offender Under Supervision for Defendant (1) Willie Jett, which alleged that the defendant violated a condition of supervised release and recommended that defendant's supervised release be revoked (Clerk's Document No. 71). A warrant was issued, and Willie Jett was arrested. On November 19, 2024, Willie Jett appeared before a United States Magistrate Judge, was ordered detained, and a revocation of supervised release hearing was set.

      Willie Jett appeared before the magistrate judge on December 3, 2024, waived his right to a preliminary hearing and to be present before the United States District Judge at the time of modification of sentence, and consented to allocution before the magistrate judge. Following the hearing, the magistrate judge signed his report and recommendation on December 3, 2024, which provides that having carefully considered all of the arguments and evidence presented by the Government and Defendant, based on the original offense and the intervening conduct of Willie Jett, the magistrate judge recommends that this court revoke defendant's supervised release and that he be sentenced to imprisonment for four (4) months, with no term supervised release to follow the term of imprisonment (Clerk's Document No. 87).

      A party may serve and file specific, written objections to the proposed findings and recommendations of a magistrate judge within fourteen days after being served with a copy of the report and recommendation, and thereby secure a *de novo* review by the district court. *See* 28 U.S.C.§ 636(b); Fed. R. Civ. P. 72(b). A party's failure to timely file written objections to the proposed findings, conclusions, and recommendation in a report and recommendation bars that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court. *Douglass v. United Services Auto Ass'n,* 79 F.3d1415 (5th Cir. 1996) *(en banc).* The parties in this cause were properly notified of the consequences of a failure to file objections.

      **IT IS THEREFORE ORDERED** that the Report and Recommendation of the United States Magistrate Judge filed in this cause (Clerk's Document No. 87) is hereby ACCEPTED AND ADOPTED by this court.

      **IT IS FURTHER ORDERED** that Defendant (1) Willie Jett's term of supervised release is hereby REVOKED.

**IT IS FURTHER ORDERED** that Defendant (1) Willie Jett be imprisoned for four (4) months with no additional term of supervised release to follow.

**SIGNED** this 17th day of January, 2025.

_____
ORLANDO L. GARCIA
United States District Judge